# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILMINGTON TRUST, A NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR BEAR STERNS ALT-A TRUST 2006-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4,

Appellant,

vs.

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 71236



FILED

SEP 17 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

18-36275

cc: Hon. Joanna Kishner, District Judge
Persi J. Mishel, Settlement Judge
Ballard Spahr LLP/Las Vegas
Ballard Spahr LLP/Salt Lake City
Ballard Spahr LLP/Washington DC
Kim Gilbert Ebron
Eighth District Court Clerk